UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
:
:
:
-----------------------------------------------------------------X
DANIEL SANCHEZ (AND WIFE, MARISOL : 08-CV-02708-AKH
SANCHEZ), :
:
Plaintiffs, : **APPEARANCE**
:
- against - : **ELECTRONICALLY FILED**
:
ALAN KASMAN DBA KASCO, *et al.*, :
:
Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       June 30, 2008

                        By:    /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.


DOCSNY-314393